IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL ROBINSON                    :          CIVIL ACTION
                    v.              :
SCI-WAYMART, et al.                 :          NO. 02-4044

ORDER

AND NOW, this          day of July, 2002, it appearing that petitioner filed a petition

for Habeas Corpus relief under 28 U.S.C. §2254 in the United States District Court for the Middle

District of Pennsylvania on November 6, 2001, and

it further appearing that the United States District Court for the Middle District of

Pennsylvania transferred this matter to this court on June 21, 2002, and

it further appearing that this petition was not filed with the current standard 28 U.S.C.

§2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

it further appearing that petitioner apparently requested leave to proceed in forma

pauperis in the Middle District, but that the Middle District has not provided this court with a copy of

this request (and that even if they did, the docket indicates that it is eight months old and can no longer

be considered as current), it is hereby

ORDERED that the Clerk of Court furnish petitioner with the current forms for filing a

petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, it is

further

ORDERED that petitioner shall complete these forms as directed by Local Civil Rule 9.3

(that is, by setting forth his entire argument on the forms, without recourse to any attachments) and return

them to the Clerk of Court within thirty (30) days, together with either a completed in forma pauperis

application or a check for five dollars, or else this civil action will be dismissed.


_____
FRANKLIN S. VAN ANTWERPEN, J.