IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL ROBINSON | : | CIVIL ACTION |
| v. | : | |
| SCI-WAYMART, et al. | : | NO. 02-4044 |

<u>ORDER</u>

AND NOW, this _____ day of _____ 2002, it appearing that petitioner filed a petition for Habeas Corpus relief under 28 U.S.C. §2254 in the United States District Court for the Middle District of Pennsylvania on November 6, 2001, and

it further appearing that the United States District Court for the Middle District of Pennsylvania transferred this matter to this court on June 21, 2002, and

it further appearing that this petition was not filed with the <u>current</u> standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

it further appearing that petitioner did not pay the requisite five dollar fee, and

it further appearing that petitioner apparently requested leave to proceed in forma pauperis in the Middle District, but that the Middle District did not provide this court with a copy of this request (and that even if they did, it would have been seven months old by the time this matter was transferred to this court), and

it further appearing that on July 16, 2002, this court Ordered to correct these defects within thirty (30) days, or else this civil action would be dismissed, and

it further appearing that petitioner has not responded to the aforesaid Order of July 16, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
FRANKLIN S. VAN ANTWERPEN, J.